**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **WILLIE WATERS,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | | CASE NO. 7:10-CV-105 (HL) |
| | : | |
| | : | |
| **GEORGIA DEPARTMENT OF CORRECTIONS, et al,** | | |
| | : | |
| **Defendants** | | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.5) filed October 12, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 26th day of January, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**